UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDIANA HADI ARIFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB; WACHOVIA, FSB, fka WORLD SAVINGS BANK; WELLS FARGO BANK, N.A., successor by merge to WELLS FARGO BANK SOUTHWEST, N.A., formerly known as WACHOVIA MORTGAGE, FSB; NDEX WEST, LLC; and DOES 1 TO 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-06212 JAK (FMOx)<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.** |

    On November 19, 2012, this Court entered an Order dismissing this action for plaintiff's failure to properly prosecute, and for plaintiff's violations of Court orders. Specifically, plaintiff's counsel failed to appear at the November 5, 2012 scheduling conference and failed to participate in the preparation of a joint report. Plaintiff was also directed by the Court to file a declaration on or before November 22, 2012, to address the non-appearance. No declaration was filed and no appearance was made. Therefore, in accordance with the Court's November 19, 2012 order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's complaint is dismissed with prejudice as to Defendant Wells Fargo;

2. Plaintiff shall take nothing from defendant Wells Fargo; and

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover attorneys' fees.

**IT IS SO ORDERED:**

Dated: December 13, 2012

_____
THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE