UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDIANA HADI ARIFIN,<br><br>   Plaintiff,<br><br>   v.<br><br>WORLD SAVINGS BANK, FSB; WACHOVIA, FSB, fka WORLD SAVINGS BANK; WELLS FARGO BANK, N.A., successor by merge to WELLS FARGO BANK SOUTHWEST, N.A., formerly known as WACHOVIA MORTGAGE, FSB; NDEX WEST, LLC; and DOES 1 TO 100, inclusive,<br><br>   Defendants. | CASE NO.: 2:12-cv-06212 JAK (FMOx)<br><br>**AMENDED JUDGMENT**<br>(Dkt. 21) |

On November 19, 2012, this Court entered an Order dismissing this action because of plaintiff Hediana Hadi Arifin's failure to properly prosecute this action, and as a result of plaintiff's violations of Court orders. On February 22, 2013, costs were imposed in the sum of $350.00 in favor of Wells Fargo and against plaintiff Hediana Hadi Arifin. On March 25, 2013, the Court granted Wells Fargo's motion for attorneys' fees and awarded Wells Fargo $7,500 in attorneys' fees against plaintiff Hediana Hadi Arifin. Therefore, in accordance with the

1 November 19, 2012 and March 25, 2013, orders:

2 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3    1.    Plaintiff's complaint is dismissed with prejudice as to Defendant
4 Wells Fargo;

5    2.    Plaintiff shall take nothing from defendant Wells Fargo;

6    3.    Wells Fargo is awarded costs in the sum of $350.00 from plaintiff
7 Hediana Hadi Arifin; and

8    4.    Wells Fargo is awarded attorneys' fees in the sum of $7,500.00 from
9 plaintiff Hediana Hadi Arifin.

10    **IT IS SO ORDERED:**

13 Dated: March 27, 2013

_____
THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE